```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0233--CV (JKS)
             "KENNETH A. LEWIS V SCHLUMBERGER OILFIELD ET"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 02/10/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (360) Other personal injury

           Origin: (2) Removed from State Court
           Demand: 50
       Filing fee: Paid $150.00 on 02/10/05 receipt # 00125049
         Trial by:
```

Parties of Record:                                  Counsel of Record:

| | | | |
|---|---|---|---|
| PLF 1.1 | | LEWIS, KENNETH ALLAN | Timothy D. Dooley<br>921 W. 6th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-279-7327<br>FAX 907-258-0801 |
| DEF 1.1 | [T] | SCHLUMBERGER OILFIELD SERVICES | No counsel found for this party! |
| DEF 2.1 | | SCHLUMBERGER TECHNOLOGY CORP | Brewster H. Jamieson<br>Lane Powell et al<br>301 W. Northern Lights Boulevard<br>Suite 301<br>Anchorage, AK 99503-2648<br>907-277-9511<br>FAX 907-276-2631 |
| DEF 3.1 | [T] | SCHLUMBERGER MI INC | No counsel found for this party! |
| DEF 4.1 | [T] | SCHLUMBERGER TECH CORP | No counsel found for this party! |
| DEF 5.1 | [T] | SCHLUMBERGER OMNES INC | No counsel found for this party! |
| DEF 6.1 | [T] | SCHLUMBERGER SEISMIC EQUIPMENT SUPPLIES | No counsel found for this party! |
| DEF 7.1 | [T] | SCHLUMBERGER SEMA INC | No counsel found for this party! |
| DEF 8.1 | [T] | WESTERNGECO | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0233--CV (JKS)
              "KENNETH A. LEWIS V SCHLUMBERGER OILFIELD ET"

                          For all filing dates


  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 02/10/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (360) Other personal injury

            Origin: (2) Removed from State Court
            Demand: 50
        Filing fee: Paid $150.00 on 02/10/05 receipt # 00125049
          Trial by:


 Document #   Filed       Docket text

     1 -  1   02/10/05    DEF 2-5; 8 Notice of Removal from State Court 2BA-04-111Civil w/att
                          exhs.

     2 -  1   02/10/05    DEF 2-5; 8 Service List.

     3 -  1   02/10/05    DEF 2-5; 8 Attorney Appearance of C. Ducey.

     4 -  1   02/10/05    DEF 2-5; 8 Disclosure Statements.

     5 -  1   02/10/05    DEF 2-5; 8 Answer to Complaint.

     6 -  1   02/11/05    JKS Minute Order to Petitioner Subsequent to Removal.  Petetioner to
                          file w/i 10 days copies of state court docs and svc list. cc: cnsl

     7 -  1   02/18/05    DEF 2-5; 8 Notice of compliance w/crt's minute order of filing removoal
                          docs w/att exhs.

     8 -  1   03/25/05    DEF 2-5; 8 Attorney Substitution of Brewster Jamieson for Cynthia Ducey.

     9 -  1   04/28/05    JKS Minute Order re pltf to file proofs of service re D1,6-7. cc: cnsl

    10 -  1   05/04/05    PLF 1 Return of Service Executed re: DEF 1 on 2/3/05; DEF 6 on 1/31/05 &
                          DEF 7 on 1/5/05.

    11 -  1   05/04/05    JKS Minute Order re pltf to require an answer or apply for default re
                          D1,6-7 due w/in 20 days. cc: cnsl

    12 -  1   06/17/05    JKS Minute Order (warning) re pltf to require an answer or apply for
                          dflt re D1,6,7 due 6/30 or defs will be dsmssd. cc: cnsl

    13 -  1   06/30/05    DEF 2-8 Stipulation to dismiss certain defendants without prejudice and
                          to change caption.

    14 -  1   07/05/05    JKS Order granting stipulation to dismiss without prejudice DEF 1,3-8 &
                          to change caption (13-1). cc: cnsl

    15 -  1   07/05/05    JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                          due w/in 28 days from svc of this ord. cc: cnsl

 ACRS: R_VDSDX              As of 10/31/05 at 5:00 PM by GARRY                          Page 1
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0233--CV (JKS)
                       "KENNETH A. LEWIS V SCHLUMBERGER OILFIELD ET"

                                    For all filing dates

Document #    Filed      Docket text
----------    -----      -----------

   16 -   1   08/02/05   PLF 1; DEF 2 Scheduling & Planning Conference Report.

   17 -   1   08/03/05   JKS Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 04/28/06; Dispositive motions deadline 05/28/06. cc: cnsl

   18 -   1   08/09/05   PLF 1; DEF 2 Stipulation for extension of certain pretrial deadlines.

   18 -   2   08/16/05   JWS Order granting stipulation for extension of certain pretrial
                         deadlines (18-1). cc: cnsl

   19 -   1   08/19/05   DEF 2 motion to change venue w/att aff.

   20 -   1   08/22/05   DEF 2 motion for rule of law to allocate fault to plfs employer at
                         trial.

   21 -   1   09/01/05   PLF 1 Unopposed motion for ext of time to file oppo to mot to change
                         venue &  mot for rule of law to allocate fault to plf's employer at
                         trial.

   22 -   1   09/02/05   JKS Order granting unopposed motion for ext of time to 9/12 to file oppo
                         to mot to change venue & motion for rule of law to allocate fault to
                         plf's employer at trial (21-1). cc: cnsl

   23 -   1   09/12/05   PLF 1 partial opposition to DEF 2 motion for rule of law to allocate
                         fault to plfs employer at trial (20-1).

   24 -   1   09/12/05   PLF 1 opposition to DEF 2 motion to change venue (19-1).

   25 -   1   09/16/05   DEF 2 reply to opposition to DEF 2 motion for rule of law to allocate
                         fault to plfs employer at trial (20-1).

   26 -   1   09/20/05   JKS Order granting motion for rule of law to allocate fault to plfs
                         employer at trial (20-1). cc: cnsl

   27 -   1   09/23/05   DEF 2 reply to opposition to DEF 2 motion to change venue (19-1).

   28 -   1   09/29/05   JKS Order granting w/o prejudice to a later motion to change venue for
                         trial to Nome if the convenience of the parties, attorneys, & witnesses
                         would be served thereby (19-1); file is moved to Anchorage case No.
                         A05-0233 CV (JKS). cc: cnsl
```

Case 3:05-cv-00233-TMB   Document 28   Filed 02/10/2005   Page 3 of 3