Brewster H. Jamieson, Esq.
Shannon W. Martin, Esq.
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
Email:        jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

KENNETH ALLAN LEWIS,

                Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY CORPORATION,

                Defendant.

Case No. 3:05-cv-00233-TMB

**STIPULATION RE
CERTAIN PRETRIAL DEADLINES**

        COME NOW the parties, by and through their respective counsel, and stipulate to extend the following pretrial deadlines:

| | |
|---|---|
| Reports from retained experts | Monday, December 18, 2006 |
| Final, revised witness lists | Friday, December 29, 2006 |
| Close of Discovery | Thursday, January 18, 2007 |
| Motions *in Limine* | Thursday, January 25, 2007 |
| Dispositive Motions | Thursday, January 25, 2007 |

Parties be allowed to depose experts after the expert reports are disclosed.

/

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

|  | LAW OFFICE OF TIM DOOLEY |
|---|---|
|  | Attorney for Plaintiff |
| DATED: March 7, 2006 | s/ Tim Dooley  (consent) |
|  | Tim Dooley, ASBA No. 8310114 |
|  | 921 West Sixth Avenue, Suite 200 |
|  | Anchorage, Alaska 99501 |
|  | Phone: 907-279-7327 |
|  | Fax:     907-258-0801 |
|  | Email: timdooley@ak.net |
|  |  |
|  | LANE POWELL LLC |
|  | Attorneys for Defendants |
| DATED: March 7, 2006 | s/ Shannon W. Martin |
|  | Shannon W. Martin, ASBA No. 0105028 |
|  | 301 West Northern Lights Boulevard, Suite 301 |
|  | Anchorage, Alaska 99503-2648 |
|  | Phone:   907-277-9511 |
|  | Fax:     907-276-2631 |
|  | Email:   martins@lanepowell.com |

115223.0017/153903.1