Brewster H. Jamieson, Esq.
Shannon W. Martin, Esq.
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:    907-277-9511
Facsimile:    907-276-2631
Email:        jamiesonb@lanepowell.com
Attorneys for Defendants

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

KENNETH ALLAN LEWIS,

                            Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY
CORPORATION,

                            Defendant.

Case No. 3:05-cv-00233-TMB

**ORDER RE
CERTAIN PRETRIAL DEADLINES**

THIS COURT, having considered the parties stipulation regarding certain pretrial deadlines;

IT IS HEREBY ORDERED that the parties stipulation is GRANTED.  The pretrial deadlines are extended as follows:

Reports from retained experts............................ Monday, December 18, 2006

Final, revised witness lists ................................... Friday, December 29, 2006

Close of Discovery.............................................. Thursday, January 18, 2007

Motions *in Limine* ............................................. Thursday, January 25, 2007

Dispositive Motions ........................................... Thursday, January 25, 2007

Parties be allowed to depose experts after the expert reports are disclosed.

DATED this _____ day of March 2006.

_____
The Honorable Timothy M. Burgess