IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

KENNETH ALLAN LEWIS,

                Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY CORPORATION,

                Defendant.

Case No. 3:05-cv-00233-TMB

**ORDER RE
CERTAIN PRETRIAL DEADLINES**

    THIS COURT, having considered the stipulation regarding certain pretrial deadlines;

    IT IS HEREBY ORDERED that the stipulation is GRANTED. The pretrial deadlines are extended as follows:

| | |
|---|---|
| Reports from retained experts | Monday, December 18, 2006 |
| Final, revised witness lists | Friday, December 29, 2006 |
| Close of Discovery | Thursday, January 18, 2007 |
| Motions *in Limine* | Thursday, January 25, 2007 |
| Dispositive Motions | Thursday, January 25, 2007 |

Parties shall be allowed to depose experts after the expert reports are disclosed.

DATED this 24th day of March 2006.

                /s/ Timothy Burgess
                The Honorable Timothy M. Burgess
                U.S. District Court Judge