Law Office of Tim Dooley
921 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 279-7327 - phone
(907) 258-0801 - fax
Co-counsel for the plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENNETH ALLAN LEWIS,<br><br>   Plaintiff,<br>vs.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) A05-0233 CV (TMB)<br>) |

**STATUS REPORT PER ORDER OF MAY 9, 2006**

A.   NATURE OF THE CASE

  1.   The lead attorneys on the case:

    **Plaintiff – Tim Dooley**

    **Defendant - Shannon W. Martin**

  2.   Basis for federal jurisdiction:

**Diversity**

  3.   Nature of the claims asserted in the complaint and any counterclaims:

**Personal Injury.**

**No counterclaims.**

Status Report
Lewis v. Schlumberger Technology Corp.
Case No. A05-0233 CV (TMB)    Page 1 of 3

Law Office of Tim Dooley (907) 258-0801

    4.    Name of any party that has not been served and the nature of the non-service:

**All parties have been served.**

    5.    Principal legal issues:

**Liability and Damages.**
**Allocation of Fault**

    6.    Principal factual issues:

**Causation of Injury due to pressure relief or lack of it in the ram doors of a blow out preventer on an oil drilling rig.**

**Allocation of Fault.**

B.    DISCOVERY

    1.    Brief description of completed discovery and any remaining discovery:
        **Rule 26 disclosures have been completed. Some discovery exchanged.**
**Plaintiff needs to acquire his income tax returns from the IRS, which has had long delays in responding to requests for past tax returns.**

    2.    Brief description of any pending motions and anticipated motions:

    3.    Brief description of any previously entered rulings on substantive issues:
**Order Granted on Schlumberger's Motion to Allocate Fault to Plaintiffs Employer at Trial**

    4.    Any previously filed status reports:

**None**

C.  TRIAL

    1.  Length of trial: **10 days inclusive for both sides.**

D.  SETTLEMENT

    1.  Status of any settlement discussions and whether the parties request a settlement conference.

**The parties have not engaged in settlement discussions, but the parties anticipate doing so after depositions and most discovery has been completed.**

Dated this 22nd day of May, 2006 at Anchorage, Alaska.

LAW OFFICE OF TIM DOOLEY

By:    /s/ Tim Dooley
       Tim Dooley
       Alaska Bar No. 8310114
       Attorney for Plaintiff Ken Lewis

LANE, POWELL LLC

By:    /s/ Shannon W. Martin
       Shannon W. Martin
       Alaska Bar No. 0105028
       301 W. Northern Lights Blvd.,
       Suite 301
       Anchorage, Alaska 99503-2648
       Phone: (907) 277-9511
       Fax: (907) 276-2631
       Attorney for Defendant