Brewster H. Jamieson, Esq.
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Email:      jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KENNETH ALLAN LEWIS,

            Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY CORPORATION,

            Defendant.

Case No. 3:05-cv-00233-TMB

**STIPULATION FOR
DISMISSAL WITH PREJUDICE**

       COME NOW, the parties, by and through their respective counsel, pursuant to Rule 41(a)(1)(ii) of the Fed. R. Civ. P., and stipulate that this action may be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees.  In accordance with Rule 41(a)(1)(i), such dismissal shall be effective upon filing of this stipulation and without further order of court.

       DATED this 29th day of December, 2006.

               LAW OFFICE OF TIM DOOLEY
               Attorney for Plaintiff

               By:  Timothy D. Dooley  (consent)
                   Timothy D. Dooley
                   921 West Sixth Avenue, Suite 200
                   Anchorage, Alaska 99501-2029
                   Phone: 907-279-7327
                   Fax:    907-258-0801
                   Email: timdooley@ak.net
                   ASBA No. 8310114

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

        LANE POWELL LLC
        Attorneys for Defendant

By:  s/ Brewster H. Jamieson
     301 West Northern Lights Boulevard, Suite 301
     Anchorage, Alaska 99503-2648
     Tel:    907-277-9511
     Fax:   907-276-2631
     Email:  jamiesonb@lanepowell.com
     ASBA No. 8411122

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Stipulation for Dismissal With Prejudice**
*Lewis v. Schlumberger Technology Corporation (*Case 3:05-cv-00233-TMB)    **Page 2 of 2**